STATE OF NEW JERSEY v. DANNY WILLIAMS.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY CAROLONZO.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CHARLES GRIFFIN, JR.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CHARLES GRIFFIN, JR.

October 28, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. GERONIMO MARTINEZ.

October 28, 1986.

Petition for certification denied.